**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6627**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

OSCAR ORLANDO NAVARRO-MELENDEZ,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:18-cr-00091-MR-WCM-1)

_____

Submitted:  October 22, 2024                      Decided:  October 25, 2024

_____

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Oscar Orlando Navarro-Melendez, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar Orlando Navarro-Melendez appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Part B, Subpart 1, of Amendment 821 to the Sentencing Guidelines and denying reconsideration. The district court found that Navarro-Melendez was ineligible for the reduction because he personally possessed at least two firearms in connection with his offense of conviction. *See* U.S. Sentencing Guidelines Manual § 4C1.1(a)(7) (2023).

We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. *United States v. Navarro-Melendez*, No. 1:18-cr-00091-MR-WCM-1 (W.D.N.C. Apr. 22, 2024; May 28, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2